**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:26-cv-01214-AGM-RMN**

STEPHANIE MONESTIME,

Plaintiff,

vs.

VERIZON WIRELESS SERVICES, LLC, EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.
_____________________________/

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

1. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA.

2. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

3. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax admits to the allegations in Paragraph 9.

10. Equifax denies it is a corporation. Equifax admits to the remaining allegations in Paragraph 10.

11. Equifax is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 11.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax admits it is a consumer reporting agency as defined by the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax denies the allegations in Paragraph 25. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

26. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26.

27. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27.

28. Equifax denies the allegations in Paragraph 28. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

29. Equifax admits it uses e-OSCAR. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29.

30. Equifax admits it uses e-OSCAR. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 30.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax states that the referenced lawsuit speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the lawsuit, Equifax denies the allegations in Paragraph 33.

34. Equifax states that the referenced lawsuit speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the lawsuit, Equifax denies the allegations in Paragraph 34.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Equifax denies the allegations in Paragraph 40. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

41. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax denies the allegations in Paragraph 48. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

49. Equifax denies the allegations in Paragraph 49. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

50. Equifax admits it is subject to the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 50.

51. Equifax denies the allegations in Paragraph 51.

52. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax denies the allegations in Paragraph 53. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

54. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. Equifax denies the allegations in Paragraph 55. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

56. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57. Equifax states that the referenced lawsuit speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the lawsuit, Equifax denies the allegations in Paragraph 57.

58. Equifax denies the allegations in Paragraph 58. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

59. Equifax denies the allegations in Paragraph 59. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

60. Equifax denies the allegations in Paragraph 60. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

61. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. Equifax reasserts and re-alleges its responses as set forth above.

63. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70. Equifax reasserts and re-alleges its responses as set forth above.

71. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75. Equifax is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 75.

76. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78. Equifax reasserts and re-alleges its responses as set forth above.

79. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83. Equifax reasserts and re-alleges its responses as set forth above.

84. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. Equifax is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 86.

87. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88. Equifax reasserts and re-alleges its responses as set forth above.

89. Equifax denies the allegations in Paragraph 89.

90. Equifax denies the allegations in Paragraph 90.

91. Equifax denies the allegations in Paragraph 91.

92. Equifax denies the allegations in Paragraph 92. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA. Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph following Paragraph 92.

93. Equifax reasserts and re-alleges its responses as set forth above.

94. Equifax denies the allegations in Paragraph 94.

95. Equifax admits it is subject to the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 95.

96. Equifax denies the allegations in Paragraph 96.

97. Equifax denies the allegations in Paragraph 97. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies

any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA. Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph following Paragraph 97.

98. Equifax reasserts and re-alleges its responses as set forth above.

99. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103. Equifax reasserts and re-alleges its responses as set forth above.

104. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107. Equifax is without knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph 107.

108. Equifax admits that Plaintiff demands a trial by jury.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) it recover such other and additional relief as the Court deems just and appropriate.

DATED: June 23, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe